1  DEBRA WONG YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM (CSB #147248)
4  Assistant United States Attorney
           300 North Los Angeles Street Suite 7516
5          Los Angeles, California
           Tel. 213 894-2446
6          FAX: 213 894-7819
           Email: Cedina.Kim@usdoj.gov
7
   Attorneys for Defendant
8

             UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
                        DIVISION

YOLANDA HERNANDEZ,           )   No. CV 05-7469 CW
                             )
     Plaintiff,              )   **ORDER OF**
                             )   **REMAND**
     v.                      )
                             )
JO ANNE B. BARNHART,         )
                             )
Commissioner of Social Security, )
                             )
     Defendant.              )
                             )
                             )
                             )

       Based upon the parties' Stipulation to Voluntary Remand Pursuant to

Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for

Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned

action is remanded to the Commissioner of Social Security for further proceedings

consistent with the terms of the Stipulation for Remand.

       DATED: _September     15,     2006_____

                       /s/_____
                       HON. CARLA WOEHRLE
                       UNITED STATES MAGISTRATE JUDGE

-1-